## BARTON v. STATE.
### No. 25684.

Court of Criminal Appeals of Texas.
Jan. 30, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor. The punishment assessed is a fine of $50.00.

The record is before us without a statement of facts or bills of exception. Therefore, nothing is presented to this court for review.

The judgment is affirmed.